UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HELM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CV 2304 |
| v. ) | |
| ) | |
| MARY E. PETERS, SECRETARY OF THE ) | Judge Shadur |
| DEPARTMENT OF TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Jack Donatelli
JACK DONATELLI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
Jack.donatelli@usdoj.gov