AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

WILLIAM HELM,

    Plaintiff,

           V.

MARY E. PETERS, SECRETARY OF THE DEPARTMENT
OF TRANSPORTATION,

    Defendant.

CASE NUMBER:  08CV2304

ASSIGNED JUDGE:  JUDGE SHADUR

DESIGNATED
MAGISTRATE JUDGE:  MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Mary E. Peters
Secretary of the Department of Transportation
1200 New Jersey Avenue S.E.
Washington, D.C. 20590

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois
847-895-0626

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

*(signature)*

_____
(By) DEPUTY CLERK

**April 23, 2008**
_____
Date

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Mary C. Peters*
*Secretary of the Dept. of Transportation*
*1200 New Jersey Ave SE*
*Washington, D.C. 20590*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
5/12/08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 1490 0002 7176 9369

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20590

| | | |
|---|---|---|
| Postage | $ | $2.16 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.96 |

Postmark Here
ROSELLE IL 60172-1979
MAY 5 2008
U S P S
05/05/2008

Sent To *Mary E Peters*
*Sec. of the Dept. of Transportation*
Street, Apt. No.; *1200 New Jersey Ave SE*
or PO Box No.
City, State, ZIP+4 *Washington DC - 20590 -*

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0002 7176 9369

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

WILLIAM HELM,

Plaintiff,

**CASE NUMBER:**   08CV2304

V.

**ASSIGNED JUDGE:**   JUDGE SHADUR

MARY E. PETERS, SECRETARY OF THE DEPARTMENT OF TRANSPORTATION,

Defendant.

**DESIGNATED MAGISTRATE JUDGE:**   MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Mary E. Peters
Secretary of the Department of Transportation
1200 New Jersey Avenue S.E.
Washington, D.C. 20590

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois
847-895-0626

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

April 23, 2008

Date

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Arm gram_  ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

_A rm gram_  5/2/08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

1. Article Addressed to:

Mary E. Peters
Secretary of the Dept. of Transportation
1200 New Jersey Ave SE
Washington, D.C. 20590

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0002 7176 9369

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20590

| | | |
|---|---|---|
| Postage | $ | $2.16 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.96 |

ROSELLE, IL 60172-1979
05 MAY 5 2008
Here
U.S.P.S.
05/05/2008

Sent To _Mary E Peters_
Street, Apt. No.; _Sec of the Dept of Transportation_
or PO Box No. _1200 New Jersey Ave SE_
City, State, ZIP+4 _Washington DC 20590 -_

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0002 7176 9369